# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARVIN JOVAN JACKSON,         )
          )
Plaintiff,          )
          )
      v.          )    Civil Action No. 1:14-3
          )    Judge Nora Barry Fischer
CITY OF ERIE POLICE DEPARTMENT, et  )    Magistrate Judge Susan Paradise Baxter
al.,          )
          )
Defendant.          )

## ORDER OF COURT

AND NOW, this 24th day February, 2014, after Plaintiff filed a motion to proceed

*in forma pauperis* and *pro se* Complaint in the above-captioned case on January 14, 2014,

(Docket No. [1]), and after a Report and Recommendation was filed by the United States

Magistrate Judge on January 30, 2014, (Docket No. [2]) recommending that Plaintiff's motion to

proceed *in forma pauperis* be granted but that his *pro se* Complaint be dismissed with prejudice

pursuant to the screening provisions of the Prison Litigation Reform Act, and Plaintiff having

timely filed his "Objection to Magistrate Judge's Report and Recommendation" on February 14,

2014, and upon independent review of the record, including Plaintiff's motion to proceed *in*

*forma pauperis*, his *pro se* Complaint, the Magistrate Judge's Report and Recommendation, and

Plaintiff's *pro se* "Objection to Magistrate Judge's Report and Recommendation",

IT IS HEREBY ORDERED that Plaintiff's "Objection to Magistrate Judge's

Report and Recommendation" are OVERRULED and the Court adopts the Magistrate Judge's

Report and Recommendation [2] as the Opinion of the Court;

IT IS FURTHER ORDERED that Plaintiff's motion to proceed *in forma pauperis*

[1] is GRANTED and the Clerk of Court is directed to file the Complaint of record;

IT IS FURTHER ORDERED that Plaintiff's *pro se* Complaint is DISMISSED, with prejudice, pursuant to the screening provisions of the Prison Litigation Reform Act.

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

        *s/Nora Barry Fischer*
        Nora Barry Fischer
        United States District Judge

cc/ecf: All Counsel of Record
        Honorable Susan Paradise Baxter
        United States Magistrate Judge

cc:      MARVIN JOVAN JACKSON
        JZ-3269
        SCI HUNTINGDON
        1100 PIKE STREET
        HUNTINGDON, PA 16654
        (by regular mail)